# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  GERALD R. DYE & KATHLEEN A. DYE     Case Number: 06-70421
410 DAVIS STREET      SSN-xxx-xx-7529 & xxx-xx-7366
LEAF RIVER, IL  61047

|  |  |
|---|---|
| Case filed on: | 3/23/2006 |
| Plan Confirmed on: | 8/21/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,550.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | GERALD R. DYE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BYRON BANK | 45,989.60 | 0.00 | 0.00 | 0.00 |
| 002 | BYRON BANK | 11,450.45 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 57,440.05 | 0.00 | 0.00 | 0.00 |
| 003 | ASPIRE VISA | 292.54 | 292.54 | 0.90 | 0.00 |
| 004 | CAPITAL ONE | 5,339.79 | 5,339.79 | 16.40 | 0.00 |
| 005 | CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 896.89 | 896.89 | 2.75 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 299.06 | 299.06 | 0.92 | 0.00 |
| 008 | LVNV FUNDING LLC | 4,693.78 | 4,693.78 | 14.41 | 0.00 |
| 009 | CAPITAL ONE | 2,230.07 | 2,230.07 | 6.85 | 0.00 |
| 010 | CAPITAL ONE | 445.62 | 445.62 | 1.36 | 0.00 |
| 011 | CAPITAL ONE | 7,348.06 | 7,348.06 | 22.57 | 0.00 |
| 012 | ICUL SERVICE CORP | 1,894.61 | 1,894.61 | 5.82 | 0.00 |
| 013 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CB & T | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NATIONS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD GASTROENTEROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,440.42 | 23,440.42 | 71.98 | 0.00 |
|  | Grand Total: | 83,222.22 | 25,782.17 | 2,413.73 | 0.00 |

Total Paid Claimant:      $2,413.73
Trustee Allowance:        $136.27           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.31          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan